IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LESTER L. JONES                                        PLAINTIFF

VS.                          CIVIL ACTION NO. 5:04-CV-183-DCB-JCS

GABRIEL WALKER, ET AL.                                DEFENDANTS

## FINAL JUDGMENT

This matter having come on to be heard on the plaintiff's objection to Magistrate Judge James C. Sumner's Report and Recommendation of April 5, 2006, and after a full review of the record having entered an Order dismissing the plaintiff's claims with prejudice, the Court now grants final judgment in favor of the defendants and against plaintiff in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 16th day of June, 2006.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE